Form JRHHRGNR (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Darryl Thomas James Stuthard**<br>1854 Sundrop Circle East<br>Muskegon, MI 49442<br>SSN: xxx–xx–1021<br><br>**Debtor(s)** | Case Number 10–00379–jrh<br><br>Chapter 7<br><br>Honorable Jeffrey R. Hughes |

# NOTICE OF HEARING
## Re: Trustee's Motion to Compel Turnover

The above motion/objection has been filed with the Bankruptcy Court. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on this matter, attend the hearing scheduled to be held before the Hon. Jeffrey R. Hughes on: **April 22, 2010** at **01:30 PM** at **One Division Ave., N., 3rd Floor, Courtroom C, Grand Rapids, MI 49503** .

You or your attorney may wish to file a response explaining your position. Such response should be received at least three business days prior to the scheduled hearing. A copy should also be served upon the party who has filed the motion to his/her attorney.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**PLEASE NOTE:** The above hearing may be adjourned or continued one or more times by telephonic or written request if no objection is made at the hearing or by oral request at the hearing if no objection is made or if the objection is overruled. The court may also sua sponte adjourn or continue the hearing one or more times. If an adjournment or continuance of the above hearing is permitted, parties in interest will not be given written notice of the adjourned or continued date or any subsequent adjournment or continuance. Information regarding the time, date and place of any adjourned or continued hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division NW, 2nd Floor, Grand Rapids, Michigan. Information about a PACER login and password may be obtained by either contacting the PACER service center by telephone between 8:00 a.m. and 5:00 p.m. Monday through Friday CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** April 6, 2010

/S/ _____
Kim Davis
Deputy Clerk

A copy of this Notice was returned to Jeff A. Moyer, Esq. for appropriate service.